UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICKEY EUGENE TOLTON, SR.<br>Plaintiff,<br>v.<br>KIM BROWN, STOUT MANAGEMENT COMPANY,<br>Defendants. | Case No. 3:25-cv-00575-ART-CLB<br>ORDER |

The Complaint in this action was filed on October 14, 2025 (ECF No. 1). The Court issued a notice of intent to dismiss as to defendant Kim Brown on January 14, 2026, Fed. R. Civ. P. 4(m) unless proof of service is filed by February 13, 2026. (ECF No. 8.) To date, no such proof of service has been filed.

Accordingly, it is ordered that the claims against defendant Kim Brown are dismissed without prejudice.

DATED this 21st day of August, 2026.

Anne R. Traum
United States District Court Judge